UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ALLEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HBC dba SAKS FIFTH AVENUE, a New York Corporation (authorized to do business in California); SAKS & COMPANY LLC; and DOES 2 through 10, inclusive,<br><br>　　　　　Defendant. | Case No:   5:23-cv-00267 DMG (KKx)<br>*[Removed from Riverside County Superior Court Case No. CVPS2204993]*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ACTION [22]**<br><br>Complaint Filed:   12/23/2022<br>Trial Date:        Not Yet Set |

1

ORDER OF DIMISSAL WITH PREJUDICE OF ACTION

FP 48626855.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered the parties' Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action as to each party and each cause of action. Each party shall bear its own costs and attorneys' fees.

The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: __December 5__, 2023

_____
Hon. Dolly M. Gee
United States District Court Judge